# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND GEAN PADILLA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
 and
THE STATE OF NEVADA,
Real Party in Interest.

No. 80936

**FILED**

APR 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
 DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

In this original pro se petition, petitioner seeks a writ of mandamus directing the district court to vacate its order denying petitioner's civil complaint, in which petitioner contended that NDOC failed to provide him appropriate medical care for a skin condition he has had since birth that causes him pain and discomfort.[1]

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP

---

[1]In light of this disposition, we also deny petitioner's motion to exceed legal copy limits as moot.

20-14449

21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.[2]

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.          _____Cadish_____, J.
Hardesty                                             Cadish


cc:     Raymond Gean Padilla
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

_____

[2]Petitioner's failure to provide timely proof of service of the petition also constitutes an additional basis upon which to deny relief. NRAP 21(a)(1).